

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Vernon Willingham,                    * From the 104th District Court
                                        of Taylor County,
                                        Trial Court No. 28081-B.

Vs. No. 11-21-00270-CV                * December 30, 2021

Paras Ramolia, M.D.,                  * Per Curiam Memorandum Opinion
                                        (Panel consists of: Bailey, C.J.,
                                        Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Vernon Willingham.